AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. |
| MICHAEL WILLIAMS KERSEY | ) 2:21-MJ-30 |
|  | ) |
|  | ) |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT BY TELEPHONE

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 2, 2020__ in the county of __Camden__ in the __Southern__ District of __Georgia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 2252(a)(2); and | Distribution of Child Pornography; and |
| 18 USC 2252A(a)(5)(B) | Possession of Child Pornography |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

/s// Jonathan D. Wood
Complainant's signature

FBI Special Agent Jonathan D. Wood
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: August 11, 2021

Judge's signature

City and state: Brunswick, Georgia    Benjamin W. Cheesbro U.S. Magistrate Judge
Printed name and title

Print    Save As...    Attach    Reset